Date of Arrest: **07/09**

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Juan Carlos MORALES<br>AKA: None Known<br>088927602<br>YOB: 1985<br>Citizen of: Honduras<br>Defendant | Magistrate Case No. **25-01728MJ**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a) Re-Entry After Removal |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about July 09, 2025, Defendant Juan Carlos MORALES, an alien, was found in the United States at or near San Luis, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Honduras through the port of Laredo, Texas, on or about February 2, 2009. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_Louie Uhl_ AUSA Louie Uhl

_Emmanuel Flores_
Signature of Complainant

Ivan Negrete
Border Patrol Agent

Sworn to before me and subscribed telephonically,

July 10, 2025    at    Yuma, Arizona
Date                        City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer        Signature of Judicial Officer

UNITED STATES OF AMERICA,

Vs.

Juan Carlos MORALES
AKA: None Known
088927602

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about July 09, 2025, near San Luis, Arizona. Questioning of the Defendant by Border Patrol Agents revealed that the Defendant is a citizen of Honduras, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, Border Patrol Agents determined the Defendant was first ordered removed at or near Oakdale, Louisiana, on or about September 24, 2008. The Defendant has been removed on three (3) previous occasions. The Defendant was most recently removed on or about February 2, 2009, through the port of Laredo, Texas.

Border Patrol Agents determined that on or about July 09, 2025, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements, and questioning of the Defendant in this matter from initial contact through the writing of this document: BPA Cesar Diaz and BPA Luis T. Marquez.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Alberto Ramirez.

_Emmanuel Flores_
Signature of Complainant

Sworn to before me and subscribed telephonically,

___July 10, 2025___
Date

_____
Signature of Judicial Officer

- 2 -